**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL EWAN, ET AL. | ) | |
| PLAINTIFFS, | ) | |
| V. | ) | CIVIL ACTION NO. 17-1628 |
| ISLAMIC REPUBLIC OF IRAN | ) | |
| DEFENDANT. | ) | |

**NOTICE AS TO SERVICE OF PROCESS PURSUANT TO 28 U.S.C. §1608(a)(4)**

COME NOW the Plaintiffs, by and through counsel, and hereby provide this Notice regarding the status of service of process.

1. On June 10, 2020, the Court entered its Order granting Plaintiffs' Motion for Default Judgment and entered its Memorandum Opinion.
2. Plaintiffs' counsel attempted to serve the Order and Judgment and Memorandum Opinion, and translations thereof, upon the Iranian Defendant via DHL pursuant to 28 U.S.C. § 1608(a)(3). However, DHL is not currently shipping to Iran where the Iranian Defendant is to be served. *See* Exhibit A.
3. Plaintiffs' counsel then attempted to serve the Order and Judgment and Memorandum Opinion and translations thereof, upon the Iranian Defendant via United States Postal Service ("USPS") pursuant to 28 U.S.C. § 1608(a)(3) only to learn that USPS is not currently shipping to Iran either. *See* Exhibit B.
4. Therefore, Plaintiffs' counsel conferred with the Clerk of Court, as well as the United States Department of State, regarding procedures for effectuating service pursuant to 28 U.S.C. § 1608(a)(4).

5. On June 24, 2020, Plaintiffs provided Notice to the Court that they would be requesting service upon the Defendant pursuant to 28 U.S.C. §1608(a)(4). *See* Docket Entry #42. Service pursuant to 28 U.S.C. §1608(a)(4) is appropriate if "service cannot be made within 30 days under paragraphs (3)". 28 U.S.C. §1608(a)(4).

6. Because of the ongoing COVID-19 state of emergency, the United States Department of State temporarily has been unable to receive packages for service pursuant to 28 U.S.C. §1608(a)(4) on a regular basis and only accepts consular packages on limited days when staff is present and available.. On July 8, 2020, the Department of State, Office of Overseas Citizens Services advised that staff was present and available to receive the service package.

7. Accordingly, Plaintiffs' counsel arranged to have the necessary service documents hand delivered to the Department of State, Office of Overseas Citizens Services, for the initiation of service via 28 U.S.C. §1608(a)(4). *See* Exhibit C. In accordance therewith, Plaintiffs request that delivery of the service documents to the Department of State, Office of Overseas Citizens Services, be noted on the Court's docket.

8. At this time, service through diplomatic means pursuant to 28 U.S.C. §1608(a)(4) remains pending. The Department of State has advised that once service is complete and Diplomatic Notes are received, they will file same with the Court to advise the Court and Plaintiffs as to service pursuant to 28 U.S.C. §1608(a)(4).

Dated: July 16, 2020

Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK P.C.
1146 19th Street, 5th Floor
Washington, DC 20036
Telephone: 202-463-1818
Telefax: 202-463-2999

By:__/s/ *Tracy Reichman Kalik*______
Tracy Reichman Kalik (No. 462055)