# EXHIBIT A

DHL Express

Help Center Locations English

MyDHL+ Home Ship Track View/Pay Bill My Shipment Settings My Profile

## Restricted Country

DHL Express does not ship to this country at this time. Please select a different destination country to continue.

OK

Create a New Shipment Create from ...

Country/Territory

A United States of America

Switch

Country/Territory To

B Iran Street address, city, postal code, country...

Next

Past 90 days of activity

View All Shipments

## Track

Enter up to 10 numbers, separated by a comma or return *

'Monitor Shipments' Track

## Shipments Requiring Action

Shipments not yet submitted to DHL

My Shipments

No shipments requiring your action

## My Pickups

### Upcoming

No pickups

### Previous Pickups

No pickups

We use cookies on this site to provide functionality and for our analytic purposes. To learn more about cookies, how we use them and how to change your cookie settings find out more here. By continuing to use this site without changing your settings, you consent to our use of cookies.