# EXHIBIT B

| | | | |
|---|---|---|---|
| Slovenia<br>5-27-20 | Democratic Republic of Congo<br>4-10-20 | Japan<br>4-2-20 | Poland<br>2-7-20 |
| Fiji<br>5-22-20 | Guinea Bissau<br>4-10-20 | Mali<br>4-2-20 | Macao<br>2-4-20 |
| Vanuatu<br>5-22-20 | Guyana<br>4-10-20 | Serbia<br>4-2-20 | Afghanistan<br>5-14-19 |
| Zimbabwe<br>5-22-20 | Kenya<br>4-10-20 | Thailand<br>4-2-20 | Syria<br>3-13-13 |

# Iran

4-14-20

Iran National Post has advised that the government of the Islamic Republic of Iran has declared a reduction of public services from March 24, 2020, to avoid the spread of COVID-19. Service delivery standards cannot be guaranteed. Owing to insufficient transport capacity following cancellation and reduction of many international flights, Iran Post has limited sending of outbound mail (letter-post, parcel-post and EMS items) to a growing number of destinations. As a result it is declaring a situation of force majeure, with immediate effect and ceasing to accept mails to those destinations until sufficient transport capacity becomes available.



Copyright© 2020 United States Postal Service