# EXHIBIT C

**Keyauna C. Fogle**

**From:** Order Entry System <order@qms-dc.com>
**Sent:** Wednesday, July 08, 2020 12:46 PM
**Subject:** [QMS] PRI HM [redacted] 600 E ST NW JARED

EXTERNAL EMAIL

Order #: 5188848 Caller: KEYAUNA

Pickup from: PRI HM
[redacted]
Laurel
Contact: 240 486 1544

Deliver to:
600 E ST NW
WASHINGTON DC
Contact: JARED HESS 202 431 1582

Reference Code: EWAN

Ordered at: 11:06 on 2020/07/08

Picked up at 11:46 on 2020/07/08

Delivered at 12:43 on 2020/07/08

Signature: JARED

You can track all your jobs online at: http://www.qmsdc.com

If you have any questions or wish to disable this service, please contact:
Yma Coley at updates@qmsdc.com

Thanks for using Quick Messenger Service.