**United States Department of State**

*Washington, D.C. 20520*

December 2, 2020

Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20011

**Re: Michael Ewan, et al. v. Islamic Republic of Iran, 1:17-cv-1628 (JDB)**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of an Order (June 10, 2020), Memorandum Opinion (June 10, 2020), and Notice of Default Judgment to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1195-IE, dated October 26, 2020 and delivered on October 27, 2020. A certified copy of the diplomatic note is enclosed.

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser

RECEIVED
Mail Room
DEC - 4 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Cc: Tracy Reichman Kalik
Heideman, Nudelman & Kalik, PC
1146 19th St. NW, Fifth Floor
Washington, DC 20036