**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EWAN, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 17-01628 |
| ISLAMIC REPUBLIC OF IRAN | ) | |
| Defendant. | ) | |

# ORDER

The Court having considered the Motion of Plaintiffs for Entry of an Order pursuant to 28 U.S.C. §1610(c), the Court finds as follows:

That on October 27, 2020 service of the Memorandum Opinion and Final Judgment entered June 10, 2020 was carried out upon the Islamic Republic of Iran ("Judgment Debtor") by diplomatic means by delivery of copies in English and Farsi of the Order and Judgment to the Ministry of Foreign Affairs of the Islamic Republic of Iran, as evidenced by the certified copies of the diplomatic notes filed and entered as Dkt #44 in this action;

That as of the date of filing of the Motion before the Court more than five years have passed since the date of diplomatic service without payment of the judgment entered herein by the Judgment Debtor.

The Court finds and concludes in accordance with the provisions of 28 U.S.C. §1610(c) that a reasonable period of time has elapsed following the entry of judgment

against the Judgment Debtor and the giving of notice by service of the judgment upon the Judgment Debtor in accordance with 28 U.S.C. §1608(e), and it is therefore,

**ORDERED**, that the Plaintiffs may proceed to collection of the judgment above referred to by attachment and/or execution, or by any other means permitted by applicable Federal or State law, against the assets of the Judgment Debtor, the Islamic Republic of Iran, as identified and located by the Plaintiffs.

IT IS SO ORDERED this the _________ day of _________________, 2026.

_______________________________
**United States District Judge**

Copies To:

Richard D. Heideman
Noel J. Nudelman
Tracy Reichman Kalik
Heideman Nudelman & Kalik, P.C.
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015